UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL PARKER,

Plaintiff,

vs.

HOME DEPOT U.S.A, INC., and DOES 1 TO 25,

Defendants.

Case No. 2:25-cv-01215-TLN-JDP

**ORDER MODIFYING SCHEDULING ORDER**

The Court has reviewed the Stipulation of the Parties to Modify the Pretrial Scheduling Order. (ECF No. 11.) Pursuant to the parties' Joint Stipulation and good cause appearing, the Order Modifying Scheduling Order (Doc. 8) is amended as follows:

Completion of Non-Expert Discovery................................................May 27, 2027

Expert Disclosure Deadline
(*60 days after close of discovery*).......................................................July 26, 2027

Supplemental Expert Disclosure
(*30 days after Expert Disclosure*)....................................................August 25, 2027

Supplemental disclosure and responses
(*30 days prior to dispositive motion deadline*)...............................October 26, 2027

Dispositive Motion Deadline
(*180 days after close of discovery*).............................................November 26, 2027

Joint Notice of Trial Readiness due
(*30 days after deadline to file dispositive motions*).......................December 25, 2027

IT IS SO ORDERED.

DATED: October 8, 2026

Troy L. Nunley
Chief United States District Judge